UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Jurandir M. Batista, and Ana M. Batista,<br>Debtors. | Case No. 12-13497-FJB<br>Chapter 13 |

**STIPULATION REGARDING MTGLQ INVESTORS, L.P.'S MOTION TO RECONSIDER [DOCKET NO. 174]**
**(12 OAK ISLAND RD, REVERE, MA 02151)**

Now comes MTGLQ Investors, L.P. and Jurandir M. Batista and Ana M. Batista ("Debtors"), who stipulate as follows:

1. The total post-petition arrearage as of July 19, 2018 is **$15,593.59**. This consists of the following post-petition payments and charges:

    Payments

    | | | | |
    |---|---|---|---|
    | 12/1/17 – 3/1/18 | (4 @ | $2,071.29) | $8,285.16 |
    | 4/1/18 – 7/1/18 | (4 @ | $2,059.19) | $8,236.76 |
    | Suspense Balance: | | | ($928.33) |
    | | | **Total Amount Due** | **$15,593.59** |

2. On or before August 1, 2018 and by the 15th of each month thereafter, through January 1, 2020, the Debtors shall make payments as set forth below to cure the post-petition arrearage due on the claim:

**Stipulation Payment Schedule**

| Payment Number (or due date) | Monthly Payment Amount | Monthly Arrearage Amount | Total Monthly Payment |
|---|---|---|---|
| 8/1/2018 | $2,059.19 | $866.32 | $2,925.51 |
| 9/1/2018 | $2,059.19 | $866.31 | $2,925.50 |
| 10/1/2018 | $2,059.19 | $866.31 | $2,925.50 |
| 11/1/2018 | $2,059.19 | $866.31 | $2,925.50 |

| Date | | | |
|---|---|---|---|
| 12/1/2018 | $2,059.19 | $866.31 | $2,925.50 |
| 1/1/2019 | $2,059.19 | $866.31 | $2,925.50 |
| 2/1/2019 | $2,059.19 | $866.31 | $2,925.50 |
| 3/1/2019 | $2,059.19 | $866.31 | $2,925.50 |
| 4/1/2019 | $2,059.19 | $866.31 | $2,925.50 |
| 5/1/2019 | $2,059.19 | $866.31 | $2,925.50 |
| 6/1/2019 | $2,059.19 | $866.31 | $2,925.50 |
| 7/1/2019 | $2,059.19 | $866.31 | $2,925.50 |
| 8/1/2019 | $2,059.19 | $866.31 | $2,925.50 |
| 9/1/2019 | $2,059.19 | $866.31 | $2,925.50 |
| 10/1/2019 | $2,059.19 | $866.31 | $2,925.50 |
| 11/1/2019 | $2,059.19 | $866.31 | $2,925.50 |
| 12/1/2019 | $2,059.19 | $866.31 | $2,925.50 |
| 1/1/2020 | $2,059.19 | $866.31 | $2,925.50 |

*If the Debtors receive notice of a change in the regular monthly payment during the terms of the stipulation, the Debtors shall make the appropriate adjustment to the total monthly amount due. The monthly arrearage amount will not change.

3. Thereafter, commencing on February 1, 2020, and monthly thereafter, the Debtors shall make the regular monthly post-petition payments in the amount of $2,059.19 subject to change pursuant to the terms of the Note and Mortgage.

4. Upon approval of this stipulation, MTGLQ Investor, L.P.'s Motion to Reconsider [Docket No. 174] shall be granted and the Debtors' Motion to Determine [Docket No. 158] shall be deemed resolved.

5. All payments under this stipulation should be made payable to the servicer, Shellpoint Mortgage Servicing, and sent to the following address:

Shellpoint Mortgage Servicing
Attn: Payment Processing
55 Beattie Place, Suite 500MS-501
Greenville, SC 29601
.

Agreed to on this 2nd day of August, 2018.

| MTGLQ Investors, L.P., | Jurandir M. Batista and Ana M. Batista, |
| By its attorney, | By their attorney, |

/s/ Jason J. Giguere                              /s/ Carmenelisa Perez-Kudzma
Jason J. Giguere, Esquire                     Carmenelisa Perez-Kudzma, Esquire
BBO#  667662                                       413 Boston Post Rd
Harmon Law Offices, P.C.                    Weston, MA 02493-1552
PO Box 610389                                      Phone: (978) 505-3333
Newton Highlands, MA 02461              attorney.carmenelisa@gmail.com
(617)558-0500
mabk@harmonlaw.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Jurandir M. Batista, and Ana M. Batista,<br>Debtors. | Case No. 12-13497-FJB<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

      I, Jason J Giguere, state that on August 2, 2018, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of  using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Carmenelisa Perez-Kudzma
Carolyn A. Bankowski
John P. Fitzgerald III
Joseph Dolben
Timothy Larson
Dean R. Prober
Amy N. Azza
John T. Precobb
Jordan Wilcox
Michael P. Marsille

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Jurandir M. Batista
12 Oak Island Rd
Revere, MA 02151

Ana M. Batista
12 Oak Island Rd
Revere, MA 02151

Bank of America
c/o Prober & Raphael
20750 Ventura Blvd.
Suite 100
Woodland Hills, CA 91364-6207

American Express
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Honda Finance
PO Box 168088
Irving, TX 75016-8088

BAC Home Loans Servicing
450 American Street
Simi Valley, CA 93065-6285

Bally's
8700 West Bryn Mawr
Chicago, IL 60631-3552

Bank of America
Attn Bankruptcy NC41050314
PO Box 26012
Greensboro, NC 27420-6012

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Bank of America
PO Box 15222
Wilmington, DE 19886-5222

Bank of America NA
c/o Prober & Raphael, A Law Corporation
20750 Ventura Boulevard
Suite 100
Woodland Hills, CA 91364-6207

Bank of America, NA
PO Box 660933
Dallas, TX 75266-0933

Capital One, NA
c/o American Infosource
PO Box 54529
Oklahoma City, OK 73154-1529

Chase TJX
PO Box 15298
Wilmington, DE 19850-5298

Citibank
PO Box 790034
St. Louis, MO 63179-0034

First Premier Bank
601 S. Minnesota Ave
Sioux Falls, SD 57104-4868

Kohls
Attn Recovery Dept.
PO Box 3120
Milwaukee, WI 53201-3120

Litton Loan Servicing
ATT Customer Care
4828 Loop Central Drive
Houston, TX 77081-2193

MTGLQ Investors LP
c/o Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Macy's FDSB
Attn Bankruptcy
PO Box 8053
Mason, OH 45040-8053

Metro Credit Union
Attn Recovery Dept.
PO Box 9100
Chelsea, MA 02150-9100

Sears CBSD
701 East 6$^{0th}$ Street N
Sioux Falls, SD 57104-0432

Target
PO Box 9475
Minneapolis, MN 55440-9475


The Bank of New York Mellon, et al.
c/o Prober & Raphael
Attorneys for Secured Creditor
PO Box 4365
Woodland Hills, CA 91365-4365

TNB Visa
PO Box 560284
Dallas, TX 75356-0284

Toyota Motor Credit Corporation TMCC
PO Box 8026
Cedar Rapids, Iowa 52408-8026

VISDSNB
Attn Bankruptcy
PO Box 8053
Mason, OH 45040-8053

WFNNBDRESS Barn
PO Box 182686
Columbus, OH 43218-2686

ECast Settlement Corporation
Assignee of FIA Card Services AKA Bank of America
PO Box 29262
New York, NY 10087-9262

                Respectfully submitted,

                MTGLQ Investors, L.P.
                By its attorney,

                /s/ Jason J. Giguere
                Jason J. Giguere, Esquire
                BBO#  667662
                Harmon Law Offices, P.C.
                PO Box 610389
                Newton Highlands, MA 02461
                (617)558-0500
                mabk@harmonlaw.com

Dated: August 2, 2018